IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK ANTHONY BECKFORD,<br>    Defendant. | CRIMINAL FILE NO.<br>1:09-CR-263-1-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 269] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 241]. For the reasons set forth in the well-reasoned and thorough Report and Recommendation, the Defendant's claim of ineffective assistance of counsel is totally without merit. No reasonable jury could have found that the M-11 was not a machine gun. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 241] is DENIED.

SO ORDERED, this 2 day of December, 2014.

                                                             /s/Thomas W. Thrash
                                                             THOMAS W. THRASH, JR.
                                                             United States District Judge